UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5123-RSWL | Date | October 1, 2009 |
|---|---|---|---|
| Title | Thomas Callahan Jordan v. Stark Trak Ent., Inc., et al. | | |

Present: The Honorable   RONALD S.W. LEW, Senior U.S. District Court Judge

| Joseph Remigio, Relief | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   ORDER TO SHOW CAUSE

IT IS ORDERED that ILENE S. FARKAS show cause in writing no later than October 15, 2009 why her pleadings should not be rejected for filing due to her failure to submit an Application of Non-Resident Attorney to Appear in a Specific case, along with the $185.00 pro hac vice appearance fee. (see Notice of Filing Fee Due (filed 08-28-09) **[12]**)

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, **NO ORAL ARGUMENT WILL BE HEARD AND APPEARANCES ARE NOT NECESSARY** on this matter unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of the proper response.

cc: Lydia Yurtchuk, Special Projects (via CRD)

: 00

Initials of Preparer   JRE